# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DEBBIE SUE STEINBARGER**                                    PLAINTIFF

v.                          No. 4:23-cv-1019-DPM

**MARTIN O'MALLEY, Commissioner,**
**Social Security Administration**                            DEFENDANT

## ORDER

The Court adopts Magistrate Judge Ervin's unopposed recommendation, *Doc. 13*. Fed R. Civ. P. 72(b) (1983 addition to advisory committee notes).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

25 June 2024