IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEBBIE SUE STEINBARGER**                                       **PLAINTIFF**

v.                       No. 4:23-cv-1019-DPM

**MARTIN O'MALLEY, Commissioner,**
**Social Security Administration**                               **DEFENDANT**

## JUDGMENT

The Commissioner's decision is reversed and the claim is remanded for further administrative review. This is a "sentence four" remand. 42 U.S.C. 405(g); *Melkonyan v. Sullivan*, 501 U.S. 89, 98, 101–02 (1991).

_____
D.P. Marshall Jr.
United States District Judge

25 June 2024