IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEBBIE SUE STEINBARGER**                                                    PLAINTIFF

v.                             No. 4:23-cv-1019-DPM

**MARTIN O'MALLEY, Commissioner,**
**Social Security Administration**                                            DEFENDANT

### ORDER

The Commissioner opposes parts of Steinbarger's fee petition. The Court has no doubt that O'Malley's counsel spent all the time claimed. But the Court agrees with the Commissioner that, given counsel's experience, more efficiency in reviewing the record and in preparing the *in forma pauperis* petition, the brief, and the EAJA petition could have been achieved. All material things considered, a $1,000 reduction is appropriate. No other reductions or changes are needed. The fee petition, *Doc. 16*, is granted as modified. The Court awards a reasonable attorney's fee of $7,009.50, payable directly to Steinbarger. The check should be mailed to Steinbarger's lawyer.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 August 2024